### STATE OF CONNECTICUT *v.* COURTNEY BRYAN

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 126 Conn. App. 597 (AC 31654), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court's failure to give a defense of others instruction required reversal of the judgment of conviction?"

The Supreme Court docket number is SC 18776.

*Sarah Hanna*, assistant state's attorney, in support of the petition.

*Glenn W. Falk*, special public defender, in opposition.

Decided April 20, 2011

